**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of Texas _____
                                         (State)

Case number (*If known*): _____  Chapter 11

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2023 JUN -5 AM 8: 19

BY_____
                              DEPUTY
☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Golden Harbor Ventures, LP |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Golden Harbor<br>Platinum Med Office LLC |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 - 1 2 5 1 6 9 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 801 S Hwy 78 | |
| Number      Street | Number      Street |
| Suite 307 | |
| | P.O. Box |
| Wylie              TX   75098 | |
| City                State   ZIP Code | City              State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collin | |
| County | Number      Street |
| | |
| | City              State   ZIP Code |

5. **Debtor's website (URL)** _____

Debtor   **Golden Harbor Ventures, LP**
_____
Name

Case number (*if known*)_____

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

⸻⸻⸻⸻⸻
  8   0   4   9

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor  __Golden Harbor Ventures, LP_____    Case number (if known)_____
        Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes. District _____ When _____ Case number _____
                             MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                              MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number      Street

_____

_____
City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor   Golden Harbor Ventures, LP
_____
Name

Case number (if known)_____

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Ryan Cole
_____
Printed name

Title  Sole Member
_____

**GOLDEN HARBOR VENTURES, LP**

**UNANIMOUS CONSENT TO FILE CHAPTER 11 REORGANIZATION**

Dated: June 2, 2023

WHEREAS, the staff and management and outside advisors of GOLDEN HARBOR VENTURES, LP (the "Company") have had the opportunity to fully consider the financial situation of the Company and the alternatives available to the Company;

WHEREAS, the staff and management and outside advisors of the Company have advised that it is in the best interests of the Company, its creditors, and other parties in interest that a petition be filed on behalf of the Company seeking relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"); and

WHEREAS, the staff and management of the Company recommend that the managers, managing members, and/or other governing persons of the Company (the "Management") enter into this Consent to authorize the Company to file a voluntary petition for protection under the Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that the Management hereby authorizes and empowers the Company to execute and file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Case") or such other venue as the Management may designate;

BE IT FURTHER RESOLVED, that the Management hereby authorizes and empowers each of the managers, managing members, and/or other governing persons of the Company, or any one or more of them or their designees (each, an "Authorized Officer"), for and on behalf of the Company and in its name, to enter into, execute and deliver, any document appropriate to facilitate the filing of a voluntary petition for relief under the Bankruptcy Code, as any Authorized Officer determines necessary or appropriate and in the interests of the Company.

BE IT FURTHER RESOLVED, that the Management of the Company hereby authorizes any Authorized Officer, for and on behalf of the Company and in its name, to sign, execute, certify to, verify, acknowledge, deliver, accept, file, record and do or cause to be done all such acts and things (including, without limitation, the preparation and filing of all petitions, notices, schedules, disclosures, applications, statements, plans and other documents reasonably necessary in furtherance of the Company's interests in a bankruptcy or related proceeding), to pay or cause to be paid all such costs and expenses and fees with respect to the filing of a voluntary petition for relief under the Bankruptcy Code, and to execute and deliver for and on behalf of the Company and in its name, with or without attestation of the Secretary or Assistant Secretary of the Company, all documents, instruments, certificates, agreements, and advance requests, all as may be determined to be necessary or appropriate and in the interests of the Company by any Authorized Officer to carry out and comply with the purposes and intent of this Consent in all respects.

BE IT FURTHER RESOLVED, that the Authorized Officer is hereby authorized, directed, and empowered, on behalf of the Company, to employ, and pay any appropriate retainers or compensation to, the law firm of Carrington, Coleman, Sloman, & Blumenthal, LLP to represent the Company as legal counsel to the debtor-in-possession in the prosecution of the Bankruptcy Case, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

BE IT FURTHER RESOLVED, that the Company, in whatever management capacity it holds, consents to do all acts necessary or convenient to file a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Eastern District of Texas or such other venue as the Management may designate.

BE IT FURTHER RESOLVED, that the Management of the Company hereby ratifies and confirms all actions taken and documents, instruments, certificates, letters, and other papers executed or delivered by the Company prior to the date hereof in connection with the transactions approved in this Consent.

GOLDEN HARBOR VENTURES, L.P

A Texas Limited Partnership

By: Platinum Med Office LLC,

A Delaware Limited Liability Company

Its: General Partner

Signed: _____

Print Name: Ryan Cole

Its: Sole Member

Date: _____ 6-2.23 _____

**Fill in this information to identify the case:**

Debtor name: Golden Harbor Ventures, LP

United States Bankruptcy Court for the: Eastern District of Texas
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *Insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Staxmatics 16051 Addison Rd Suite 300 Addison TX 75001 | Jeff Crisman 833-588-7829 | Supplier or Vendor | | | | $144,424.75 |
| 2 | Zavala's Drywall Services 2201 Rose Court Irving TX 75060 | Jose G. Zavala 214-861-0893 | Supplier or Vendor | | | | $127,861.25 |
| 3 | JK Construction 3905 Yellowstone St Irving TX 75062 | Oscar Contrera 469-618-2171 | Supplier or Vendor | | | | $18,834.00 |
| 4 | Carrier Corporation PO Box 93844 Chicago IL 60673 | Priyanka Das 800-379-6484 | Supplier or Vendor | | | | $16,303.03 |
| 5 | Chief Construction 5824 Quicksilver Dr McKinney TX 75070 | Todd Rochelle 214-912-1921 | Supplier or Vendor | | | | $14,300.00 |
| 6 | IGS Energy PO Box 936613 Atlanta GA 31193-6613 | Patrick Wilson 614-659-5146 | Supplier or Vendor | | | | $11,446.78 |
| 7 | AME Trash Removal 1671 Riverview Dr Suite B207 Lewisville TX 75056 | Toni Glowinski 469-628-3219 | Supplier or Vendor | | | | $3,099.00 |
| 8 | DSS Fire Inc. PO BOx 550940 Dallas TX 7555-0940 | David Hodo 214-553-6120 | Supplier or Vendor | | | | $2,274.25 |

| | Debtor | Golden Harbor Ventures, LP. |
|---|---|---|
| | | Name |

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Elite Diamond Cleaning<br>PO Box 94<br>Lavon TX 75166 | Caitlyn Fuessel<br>214-300-9876 | Supplier or Vendor | | | | $2,700.00 |
| 10 EMR Elevator<br>100 Ezell Drive<br>Suite 102<br>DeSoto TX 75115 | Amy Willingham<br>972-499-7560 | Supplier or Vendor | | | | $2,704.34 |
| 11 Frontier Communication<br>PO Box 740407<br>Cincinati OH 45274-0407 | Accounts Payable<br>800-921-8102 | Supplier or Vendor | | | | $1,360.25 |
| 12 City of Wylie<br>PO Box 660521<br>Dallas TX 75266-0521 | Accounts Payable<br>972-516-6400 | Supplier or Vendor | | | | $1,497.05 |
| 13 Hudson Energy Services<br>PO Box 731137<br>Dallas TX 75373-1137 | Accounts Payable<br>888-782-8477 | Supplier or Vendor | | | | $27,264.12 |
| 14 NTX Elextric<br>PO Box 2747<br>Wylie TX 75098 | Chris Lamm<br>972-800-9694 | Supplier or Vendor | | | | $1,675.00 |
| 15 CWD<br>PO Box 208939<br>Dallas TX 75320 | Sharonda Thompson<br>972-392-9300<br>ext 2320 | Supplier or Vendor | | | | $1,540.45 |
| 16 Home Depot<br>Dept 7710<br>PO Box 9001030<br>Louisville KY 40290 | Accounts Payable<br>800-685-6691 | Supplier or Vendor | | | | $1,093.85 |
| 17 RDC Capital LLC<br>3502 Emerald Court<br>Grapevine TX 76051 | David Brauer<br>817-354-7661 | Supplier or Vendor | | | | $300,000.00 |
| 18 Johnson Controls<br>PO Box 730068<br>Dallas TX 73068 | Lokesha Guptz<br>800-382-2804<br>Opt.2 | Supplier or Vendor | | | | $818.89 |
| 19 Veritical Solutions Elevator Co.<br>6406 Hwy 78<br>Suite 208<br>Sachse TX 75048 | Bonnie Ferraro<br>972-442-1144 | Supplier or Vendor | | | | $700.00 |
| 20 Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Accounts Payable<br>866-519-1263 | Supplier or Vendor | | | | $938.63 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Golden Harbor Ventures, LP__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/02/2023__          ✗ _____
MM / DD / YYYY                               Signature of individual signing on behalf of debtor

__Ryan Cole__
Printed name

__Sole Member__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Golden Harbor Ventures, LP___

United States Bankruptcy Court for the: ___Eastern___    District of ___Texas___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (If known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

2. **Cash on hand**                                                                                                            $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $_____ |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Golden Harbor Ventures, LP
_____    Case number (if known)_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➡    $_____
                                   face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➡    $_____
                               face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Golden Harbor Ventures, LP
_____
Name

Case number (if known)_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor ___Golden Harbor Ventures, LP___    Case number (*if known*) _____
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor    **Golden Harbor Ventures, LP**_____    Case number *(if known)*_____
Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  __Golden Harbor Ventures, LP_____        Case number (if known)_____
        Name

---

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 801 S HWY 78 BLDG A&B<br>WYLIE TEXAS 75098 | _____ | $_____ | _____ | $15,000,000.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$15,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor  Golden Harbor Ventures, LP _____  Case number (if known)_____
        Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____  – _____  = ➜   $_____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                         $_____
   Nature of claim      _____
   Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                         $_____
   Nature of claim      _____
   Amount requested     $_____

76. **Trusts, equitable or future interests in property**
   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.         $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor  Golden Harbor Ventures, LP
        Name

Case number (if known)_____

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ........................................➔ | | $ 15,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column............................ 91a. | $ 0.00 | + 91b. $ 15,000,000.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ....................................................................................... $ 15,000,000.00

Fill in this information to identify the case:

Debtor name __Golden Harbor Ventures, LP__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
RMWC WA CREDIT LLC

Creditor's mailing address
130 E 59th Street, 13th Floor
New York, NY 10022

Creditor's email address, if known
StevenFischler@RMWC.com

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
801 S HWY 78, Buildings A&B
WYLIE TX 75098

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,083,028.13      $ 15,000,000.00

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 9,083,028.13

| Debtor | Golden Harbor Ventures, LP | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nelson Mullins Riley & Scarborough LLP<br>ATTN: Lee Hart<br>201 17th St NW SUite 1700<br>Atlanta GA 30363    lee.hart@nelsonmullins.com | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____Golden Harbor Ventures, LP_____

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**
__RDC Capital LLC__

__3502 Emerald Court__

__Grapevine TX 76051__

**As of the petition filing date, the claim is:** $ $300,000.00        $ 300,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:** $_____        $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

**2.3** **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:** $_____        $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )**

Debtor   **Golden Harbor Ventures, LP**   Case number *(if known)* _____
        Name

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                    **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$144,424.75**
**Staxmatics**                                            *Check all that apply.*
                                                          ☐ Contingent
16051 Addison Rd Suite 300                                ☐ Unliquidated
                                                          ☐ Disputed
Addison TX 75001                                          Basis for the claim: **Supplier or Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

**3.2** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$127,861.25**
**Zavala's Drywall Services**                             *Check all that apply.*
                                                          ☐ Contingent
2201 Rose Court                                           ☐ Unliquidated
Irving TX 75060                                           ☐ Disputed
                                                          Basis for the claim: **Supplier/Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

**3.3** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$18,834.00**
**JK Construction**                                       *Check all that apply.*
                                                          ☐ Contingent
3905 Yellowstone St                                       ☐ Unliquidated
Irving TX 75062                                           ☐ Disputed
                                                          Basis for the claim: **Supplier/Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

**3.4** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$16,303.03**
**Carrier Corporation**                                   *Check all that apply.*
                                                          ☐ Contingent
PO Box 93844                                              ☐ Unliquidated
Chicago IL 60673                                          ☐ Disputed
                                                          Basis for the claim: **Supplier/Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

**3.5** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$14,300.00**
**Chief Construction**                                    *Check all that apply.*
5824 Quicksilver Dr                                       ☐ Contingent
                                                          ☐ Unliquidated
McKinney TX 75070                                         ☐ Disputed
                                                          Basis for the claim: **Supplier/Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

**3.6** Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $ **$11,446.78**
**IGS Energy**                                            *Check all that apply.*
                                                          ☐ Contingent
PO Box 936613                                             ☐ Unliquidated
Atlanta GA 31193-6613                                     ☐ Disputed
                                                          Basis for the claim: **Supplier/Vendor**

Date or dates debt was incurred _____              Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          ☒ No
                                                          ☐ Yes

Debtor   **Golden Harbor Ventures, LP**   Case number *(if known)* _____
_____
Name

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,099.00
AME Trash Removal

_Check all that apply._
❑ Contingent
1671 Riverview Dr, Suite B207
❑ Unliquidated
Lewisville TX 75056
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,274.25
DSS Fire Inc.

_Check all that apply._
❑ Contingent
PO BOx 550940
❑ Unliquidated
Dallas TX 7555-0940
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00
Elite Diamond Cleaning

_Check all that apply._
❑ Contingent
PO Box 94
❑ Unliquidated
Lavon TX 75166
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.25
Frontier Communication

_Check all that apply._
❑ Contingent
PO Box 740407
❑ Unliquidated
Cincinati OH 45274-0407
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,497.05
City of Wylie

_Check all that apply._
❑ Contingent
PO Box 660521
❑ Unliquidated
Dallas TX 75266-0521
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,264.12
Hudson Energy Services

_Check all that apply._
❑ Contingent
PO Box 731137
❑ Unliquidated
Dallas TX 75373-1137
❑ Disputed

Basis for the claim:  Supplier/Vendor

Date or dates debt was incurred   _____     Is the claim subject to offset?
☒ No
Last 4 digits of account number   __ __ __ __     ❑ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 6

Debtor   Golden Harbor Ventures, LP   Case number (if known)_____
        Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>NTX Elextric<br><br>PO Box 2747<br>Wylie TX 75098 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $1,675.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>CWD<br><br>PO Box 208939<br>Dallas TX 75320 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $1,540.45 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Home Depot<br><br>Dept 7710, PO Box 9001030<br>Louisville KY 40290 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $1,093.85 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Johnson Controls<br><br>PO Box 730068<br>Dallas TX 73068 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $818.89 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Veritical Solutions Elevator Co.<br><br>6406 Hwy 78,Suite 208<br>Sachse TX 75048 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $700.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Time Warner Cable<br><br>PO Box 60074<br>City of Industry, CA 91716-0074 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Supplier/Vendor | $938.63 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Golden Harbor Ventures, LP _____    Case number (if known)_____
                Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1.    Not Applicable | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Golden Harbor Ventures, LP
          Name                                                    Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

                                                                        Total of claim amounts

5a.  **Total claims from Part 1**                        5a.        $ **$300,000.00**

5b.  **Total claims from Part 2**                        5b.   **+**  $ 380,835.64

5c.  **Total of Parts 1 and 2**                          5c.        $ 680,835.64
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Golden Harbor Ventures, LP**

United States Bankruptcy Court for the: **Eastern**   District of **Texas**
(State)

Case number (If known): _____   Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **2.1** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.2** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.3** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.4** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.5** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

| Fill in this information to identify the case: |
|---|
| Debtor name  **Golden Harbor Ventures, LP** |
| United States Bankruptcy Court for the:_____ District of _____ <br> (State) |
| Case number (If known):  _____ |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Ryan Cole | 6624 Eastview Dr <br> Street <br> Sachse　　　TX　　　75048 <br> City　　State　　ZIP Code | RMWC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Paramount Real Estate Holdings II LLC | 801 S HWY 78, Suite 307 <br> Street <br> Wylie　　　TX　　　75098 <br> City　　State　　ZIP Code | RMWC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Platinum Med Office LLC | 801 S HWY 78, Suite 307 <br> Street <br> Wylie　　　TX　　　75098 <br> City　　State　　ZIP Code | RMWC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Platinum Team Management, Inc. | 801 S HWY 78, Suite 307 <br> Street <br> Wylie　　　TX　　　75098 <br> City　　State　　ZIP Code | RMWC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.5 | | Street <br><br> City　　State　　ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City　　State　　ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name: **Golden Harbor Ventures, LP**

United States Bankruptcy Court for the: **Eastern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 15,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ 15,000,000.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............... $ 9,083,028.13

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 300,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... + $ 380,835.64

4. **Total liabilities**...................................................................................................
   Lines 2 + 3a + 3b                                                                                            $ 9,763,863.77

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

GOLDEN HARBOR VENTURES L.P.

_____  Chapter _____    11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Paramount Real Estate Holdings II, ILC<br>801 S HWY 78<br>Suite 307<br>Wylie TX 75098 | 99.5% | Managing Member |
| Platinum Med Office, LLC<br>801 S HWY 78<br>Suite 307<br>Wylie TX 75098 | .5% | General Partner |